**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
BR BRAND HOLDINGS LLC                  :     Civil Case No. 1:20-cv-10022(LJL)
                       Plaintiff,      :
       -against-                       :
                                       :
AMERICAN EXCHANGE TIME LLC,            :
ALEN MAMROUT, STEPHEN COHEN and,       :
STEPHEN VALESQUEZ                      :
                       Defendants.     :
-------------------------------------------------------x
```

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff BR Brands filed its Complaint on November 30, 2020. Defendants filed their Amended Answer with Counterclaims on February 9, 2021. The parties having reached a settlement agreement as of March 5, 2021, with the matter being dismissed without prejudice by order of this Court on February 25, 2021 [Dkt. 32]. Plaintiff BR Brand Holdings LLC, by its Counsel and Defendants American Exchange Time LLC, Alen Mamrout, Stephen Cohen and Stephen Valesquez, by their Counsel, hereby voluntarily dismiss all claims and counterclaims in the above action **with prejudice**, pursuant to Federal rule of Civil Procedure 41(a)(1)(A)(ii) with each party being responsible for their own attorneys' fees and costs associated with the case. The parties respectfully request that the Court enter an amended order accordingly.

Dated:  New York, New York
        March 15, 2021

| | |
|---|---|
| **Law Offices Of Barry M. Bordetsky** | **Garson, Segal, Steinmetz Fladgate LLP** |
| _(signature)_ | _(signature)_ |
| Barry M. Bordetsky | Robert D. Garson (RG-1521) |
| | Morgan Romagna |
| 570 Lexington Avenue, 24th Floor | 164 West 25th Street |
| New York, New York 10022 | New York, NY 10001 |
| Tel. No.: 212-688-0008 | Tel. No.: 212-380-3623 |
| Email: barry@bordetskylaw.com | Email: rg@gs2law.com |
| | Email: mdr@gs2law.com |
| Attorneys for *Plaintiff* | Attorneys for D*efendants* |